**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6682**

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

KARA MCINTOSH,

        Defendant – Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Senior District Judge.  (1:08-cr-00533-JFM-1; 1:11-cv-00509-JFM)

Submitted:  June 30, 2011        Decided:  July 14, 2011

Before SHEDD, DUNCAN, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Kara McIntosh, Appellant Pro Se.  Clinton Jacob Fuchs, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kara McIntosh seeks to appeal the district court's order dismissing as untimely her 28 U.S.C.A. § 2255 (West Supp. 2011) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that McIntosh has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny McIntosh's motion for release pending appeal, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented

2

in the materials before the court and argument would not aid the decisional process.

DISMISSED